UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-21862-Civ-COOKE/GOODMAN

MICHAEL I. GOLDBERG,

    Plaintiff,

vs.

MITCHELL SILBERBERG & KNUPP, LLP, *et al.*,

    Defendants.

_____/

## ORDER DENYING MOTION TO STAY DISCOVERY

THIS MATTER is before the Court on Defendants' Motion to Stay Discovery Pending a Resolution of Their Rule 12(b)(6) Motion to Dismiss (ECF No. 20). In the Motion, Defendants request a stay of discovery in this matter until after the Court rules on their Motion to Dismiss (ECF No. 9). Plaintiff opposes such a stay (ECF No. 26).

A district court has broad discretion in determining whether a stay is appropriate. *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *see also, e.g.*, *Bocciolone v. Solowsky*, 2008 WL 2906719, at *1 (S.D. Fla. July 24, 2008) ("[C]ourts have consistently rejected any *per se* requirement to stay discovery pending resolution of a dispositive motion."). Here, a stay of discovery would not conserve judicial resources. In the event that the Court does not grant Defendants' Motion to Dismiss—or it grants dismissal with leave to file an amended complaint—this action will be severely behind schedule. Additionally, a stay of discovery could stifle settlement negotiations between the Parties.

Therefore, it is **ORDERED and ADJUDGED** that Defendants' Motion to Stay Discovery Pending a Resolution of Their Rule 12(b)(6) Motion to Dismiss (ECF No. 20) is **DENIED**.

**DONE and ORDERED** in chambers at Miami, Florida, this 16th day of September 2019.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
Jonathan Goodman, U.S. Magistrate Judge
Counsel of record